**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA
2022 JUL 14 AM 11:19
FILED

MARLN PITTENGER
_____ Plaintiff

vs.

Case Number: 5:22-CV-318 GAP PRL

Lt GOVERNORS
~~GArlin Gilchrist II~~
       michann
_____ Defendant

* Juliana Stratton
   ILL. Lt Governor     : Complaint
                        (Title of Document)
* Howie Morales
   Lt Gov. New
           mexico

* Jon Hustel
   Ohio Lt Governor

* Suzanne Crouch
   Lt Governer Indiana

I came to FLA to be with my
Mother About 3 yrs Ago because my
Step Father Dyed And 1400 miles
Aweay michgien, org followed me
down I thought it would go
Away then The break in Started
Then My Taxces came up missing
My clothes getting tattered.
The clable company cow lel not
get passwords in, I tried to
Start a better Life. went to
A moclling company email
got stolen my Phone got
Govemint Scratched for password
my car gete mirror Gowment
Scrutched. 13 yrs of this, 1
Govner friend to helps me. I went
I the Sheriffs with several
Reports on this satuation,
I Had Bought a spy camera
Detoctr And went down
my Pants and the thread

Lite it up appathi ito Rfrids in the thred the Goumert Knews what they wen doing 2 me it GPS's The Bachelore shour saved my Life watchug it with hidduer cameras. In Ohio I turmed this into the news channel 41 in Orio, I Shoued A man my clothes out of the Goumurs and he looked it up anel ito called Human traking thread.

Marks Pttwize
Name

2950 NE 5t Apl 7
Street Address

Ocala FL 34470-4864
City, State, Zip Code

352-229-4014
Telephone Number

COPY

Sir                              215C000300AX

I'm sorry I been Having
Internet problems And
Would you be nice And
have swat order to
finger print who broke
into my moms And my
house they Robed All
my belongings here
And my mother I got
enough evdince in Pitures
in porning me out
compramizing my emal And mail
my clothes are Awful
could you order that
of the market if you
were then you cant
rember a thing. They
Stole my paper work
Taxes, And what that
stuff does to me.
I sat in

Sir

I came 1,000 mile Away
to take care of my mother
And excited to get rid
of the drama on my clothes
When I lived in Johnstown
Ohio my clothes got torn
up with plastic And some
Kind of thread. I moved
to mt Vernon And worked
for a Honda plant And
then they as in michgain
And Japan car parts And
they sewed my Arm of cloths
1 1/4 short the other fit And
A man there who was freaky
was from Illnois then
when I left there moved to
westerville all of them
employees started comming
in to wave I worked. then
my car, paperwork started
they wrote me letters
witch I got 1 of them, Is
car parts so its Government

Anyway to make a long
story short Im Allergic
to the clotes 19 years
of this it has to stop
And michgain folled me
to flA I thougnt it would
go away but it did not.
Im suing for motible
charges on them would
U be kind And Apoint me
A hawyer on this And a
restraing order And let me
tie Indian And Illinoy
michgain, Ohio into 1
charge because of the
cov 19 Im not working
And when I came down
my moms clothes were
fine. Now there Like
mine. Also A Govement
block on my phone.

Thank
Merle

Also could you please have
then Arrested put A suat
team on my mothers house.

Sheriff
Letter

Sir

I came 1000 mile Away
to take care of my mother
And excited to geet rid
of the drama on my clothes
when I lived in Johnstown
Ohio my clothes got torn
up with Plastic And some
Kind of thread. I moved
to Mt Vernon And worked
for a Honda plant And
then they As in michgain
And Japan car parts And
they sewed my Arm of cloths
1 1/4 short the other git And
A man there who was freaky
was from Illnois them
when I left there moved to
westerville All of them
employees started comming
in to ware I worked. then
my car, Paperwork started
they wrote me letters
witch I got 1 of them, Is
car parts so its Goverment

Anyway to make a long
Story short Im Allergic
to the clothes 19 years
of this it has to stop
And michgain folled me
to fla I thought it would
go away but it did not.
I'm suing for motible
Charges on them would
U be Kind And Apoint me
A lawyer on this and a
restraing order And let me
tie Indian And Illinor
michgain, Ohio into 1
Charge because of the
Cov 19 Im not working
And when I came down
my moms clothes were
fine. Now there Like
Mine., Also a Govement
block on my phone.

                    Thank
                    Much
Also could you please have
them Arrested put a swat
team on my mothers house.

Sir

I'm sorry but I been Having trouble with the internet. Would you be nice And order the sheriffs to call swat And see whos breaking in my mothers house And Have my PAPER WORK finger Printed They stole my Taxes And banking And they faxed & text my Pitures to someone And I found Porn Light bulbs in my bathroom I'm calling the news channel on this This Happend 20 years Ago And michgain Porn and Internet hit the news 20 year Ago It compemize my Internet too.
                        Thank you

These Pitures are before
and after Pitures of my
moms house and here,
at my new place

2 years Ago I Lived in
trailer 610 and my house
got broke into I never
called you guys my back
Door was wide open
And I think it was my next
Door neighbor could you
could you Please Swart
on my mom and here
to help bust them it wont
take much but A peice of
old clothes I can leave
behind at moms my granddaughter
is cumming up here if this
happened to her shit will fly.
wrote on back of Pitures

The Shed is ware
you want to fingerprint
And my PAPerwork who
text my pitures to another
Country & stoke my Id.
creditcard, Taxes, medicare
cards. my mem Dont every
Know that Hacurity
        Cenrt Date is the 9Th
    I want them Injail
The bluelight is emal
thieft ,

my Lanellord here knows
nothing please Dont get
me Auicttel This Happen
20 years Ago in Ciro, I Jud
flip the middlee fingu up
try to wipe it down it not
        the seecd trok.

Also my clothes are
Still getting tore up or
Stolen, Theroys evertime
At my moms them
cameras they know when
we walk outside they
know when to come in
I need the Governor to
tap into my GPS on car
they knew ware I was
to steal wmat was in my
car. I started musiy and
A sonswriter is my brother
in law from Ohio thats how
they know me (sonsinger)
Also I ~~could~~ met a prince I
know hes on me, Prince are
fine, But the bad apple is
not fine, Also its not a
Pittenger whos a sonswriter
Its Doffy

Same pants
normal



Not Normal my moms
are the same brea
This



Pants GPS



Same



Different Sewing







I've never seen Anything Like this



PLASTIC
Human
GPS



Different sewing





















normal
sewing
my
pants
All
Looked
that
way



*HUMAN*
*tracking*
*thread* (handwritten, top right)

http://www.fashioningtech.com/profiles/blogs/conductive-thread-overview

http://www.textileworld.com/Articles/2010/April/Issue/Etextiles_Feature.html

http://www.talk2myshirt.com/blog/

human tracking devices:

http://cafe.1933key.com/How-RFID-Tags-Could-Be-Used-to-Track-Unsuspecting-People

http://www.brickhousesecurity.com/category/gps+tracking/vehicle+tracking+devices.do?mm_campaign=876a9
4ea5dd198a8c5dc3d1e67eccb34&c1=323-26830801-1-t14895433-7855-9752-
2144312&gclid=CPP5gurUgbECFQ8CQAod7BiODw&ad=5524056503

http://esurveillance.ist.psu.edu/5.php

http://www.examiner.com/article/usa-patriot-act-makes-your-cell-phone-a-tracking-weapon

hidden cameras:

http://www.brickhousesecurity.com/category/hidden+cameras/best+hidden+cameras.do

again, no useful human microchip sites (or rather, too much dross/politics to sort through)

*what there doing to me* (handwritten)

summary : easy to get camera/GPS on cars and hidden home cameras harder to get cameras on an unaware user
(by a private citizen) GPS/RFID tracking possible (GPS via cell phone, RFID may be possible, but either access
to computers in RFID reader network (merchants that have it) or GPS through access to cell phone network
(management network, not just standard cell phone use network) human microchips for unaware tracking by
govt likely nonexistent but govt tracking likely facile through cell phone and RFID networks

check here and see GPS/camera devices

http://www.ehow.com/how_5118417_detect-gps-tracking-devices.html

http://www.askpedia.com/q/F147/I_have_a_gps_tracking_device_some_where_on_my_car

http://www.ehow.com/how_2252765_detect-hidden-cameras-microphones.html

*www talk 2 my shrit.com* (handwritten)

1

He tried to
correct rfid to
shrit
V

rfid (see Walmart video
management for
on comply(b))

ir renderlog view)

i recein rfis
iiio button (literally small)
i button (have)

Safe the location should require
some form ... V ... RFID/boring
needle to access right data and
... access ... tir.

A government
man tried to help me
on mi clothes

This in maybe — There pottins I And market
clothes maybe                    RFID (see walmart inventory    Clothes
                                        management for            Shouer
                                        An example)               him my
                                                                  Thanks clothes

                                                                  a
                        E                                         Government
                        d = Gread QV (computer)                   man
                    rlm                                           from work

                    chip — contains data
                    but no battery (if really small)
                    or battery (1 Amper)

Start
with
]1

                    Satellite location should
                    require somthing bigger than
Allsic
a business  require                   R FID (battery needed to
to                                    recieve GPS data and
clothes                               to transmitt sonewere else