UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MARLA PITTENGER,

    Plaintiff,

v.      Case No: 5:22-cv-318-GAP-PRL

GARLIN GILCHRISTIL, JULIANA STRATTON, HOWIE MORALES, JON HUSTEL and SUZANNE CROUCH,

    Defendants

**ORDER**

This cause comes before the Court on a motion to proceed *in forma pauperis* (Doc. 3) filed July 14, 2022.

On July 21, 2022, the United States Magistrate Judge issued a report (Doc. 7) recommending that the motion be denied. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The motion to proceed *in forma pauperis* is **DENIED**, and the Complaint (Doc. 1) is **DISMISSED** as frivolous.

3. The Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Ocala, Florida on August 8, 2022.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party